263

(No. 75-CC-491— <span style="background:black">           </span>

WAYNE F. SCHWAGER, d/b/a HOLIDAY INN OF VANDALIA, ILL., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed January 14, 1975.*

GEORGE HUBER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-517— <span style="background:black">           </span>

ACADEMIC PRESS INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 14, 1975.*

ACADEMIC PRESS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.